MICHAEL COGAN ATTORNEY AT LAW
MICHAEL COGAN (SBN: 65479)
1388 Court Street, Suite E
Redding, California 96001
Telephone: (530) 246-1112
Facsimile: (530) 243-6079
E-mail: michaelcogan@sbcglobal.net

NAGELEY, MEREDITH AND MILLER
ANDREA MILLER (SBN: 88992)
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
E-mail: AMiller@NMLawFirm.com

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>Plaintiffs,<br><br>v.<br><br>CHENEGA SECURITY PROTECTION SERVICES, LLC,<br><br>Defendant. | Case No. 2:09-CV-01799-WBS-CMK<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF;**<br><br>**ORDER THEREON**<br><br><br><br>Complaint Filed: June 29, 2009<br>Trial Date: April 5, 2011 |

1

Stipulation And Joint Application To Extend Discovery Cut-Off;  Carden, et al. v. Chenega Security Protection Services, LLC
Order Thereon                                                    USDC ED Case No. 2:09-CV-01799-WBS-CMK

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date of October 1, 2010 and related discovery deadlines in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated October 29, 2009 (the "Order"), and that the Court continue such dates by approximately 30 days as set forth below. **The requested continuances will have no impact on the motion hearing schedule, final pre-trial conference, and trial dates in paragraphs V, VI, and VII of the Order**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS Jackson Lewis LLP, counsel for Defendant Chenega Security & Protection Services, LLC ("Defendant"), has only recently substituted in as counsel of record for Defendant effective January 6, 2010, defense counsel had not yet been retained and did not participate in the Rule 26(f) conference and creation of the present discovery plan. Because Defense counsel has been counsel of record in this matter since January 6, 2010, defense counsel has not yet had a full and complete opportunity to familiarize itself with the file and legal issues in this matter or to complete its initial investigation. Consequently, good cause exists for continuing the discovery deadlines in paragraph IV of the Order as follows:

(1) The deadline of July 1, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to August 2, 2010;

(2) The deadline of August 2, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 1, 2010; and

(3) The deadline of October 1, 2010 to complete all non-expert discovery, including depositions for preservation of testimony, shall be vacated and continued to November 1, 2010.

///

///

IT IS SO STIPULATED.

Date: February 16, 2010     MICHAEL COGAN, ATTORNEY AT LAW


By: /s/ Michael Cogan (authorized February 16, 2010)
    Michael Cogan

    Attorneys for Plaintiffs
    JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER

Date: February 18, 2010     NAGELEY, MEREDITH AND MILLER


By: /s/ Andrea Miller (authorized February 18, 2010)
    Andrea Miller

    Attorneys for Plaintiffs
    JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER

Date: February 25, 2010    JACKSON LEWIS LLP

By: /s/ *Jerry J. Deschler*
Cary G. Palmer
Dale R. Kuykendall
Jerry J. Deschler, Jr.

Attorneys for Defendant
CHENEGA SECURITY PROTECTION SERVICES, LLC

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of July 1, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to August 2, 2010;

(2) The deadline of August 2, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 1, 2010; and

(3) The deadline of October 1, 2010 to complete all non-expert discovery, including depositions for preservation of testimony, shall be vacated and continued to November 1, 2010.

Dated: February 25, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

H:\C\Chenega Security & Protection Services (119612)\Carden, James (153464) CHUBB\Pleadings\Joint\003 pld Stip and Order re discovery deadlines.doc

4

Stipulation And Joint Application To Extend Discovery Cut-Off; Order Thereon

Carden, et al. v. Chenega Security Protection Services, LLC
USDC ED Case No. 2:09-CV-01799-WBS-CMK