MICHAEL COGAN ATTORNEY AT LAW
MICHAEL COGAN (SBN: 65479)
1388 Court Street, Suite E
Redding, California 96001
Telephone: (530) 246-1112
Facsimile: (530) 243-6079
E-mail: michaelcogan@sbcglobal.net

NAGELEY, MEREDITH AND MILLER
ANDREA MILLER (SBN: 88992)
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
E-mail: AMiller@NMLawFirm.com

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>Plaintiffs,<br><br>v.<br><br>CHENEGA SECURITY PROTECTION SERVICES, LLC,<br><br>Defendant. | Case No. 2:09-CV-01799-WBS-CMK<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF;**<br><br>**ORDER THEREON**<br><br><br><br>Complaint Filed:  June 29, 2009<br>Trial Date:  April 5, 2011 |

1

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date of November 1, 2010 and related discovery deadlines in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated October 29, 2009 and the Parties' Stipulation and Joint Application to Extend Discovery Cutoff and Order Thereon dated February 25, 2010 (the "Orders"), and that the Court further continue such dates by approximately 30 days as set forth below. **The requested continuances will have no impact on the motion hearing schedule, final pre-trial conference, and trial dates in paragraphs V, VI, and VII of the Pretrial Scheduling Order**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS Jackson Lewis LLP, counsel for Defendant Chenega Security & Protection Services, LLC ("Defendant"), has only recently substituted in as counsel of record for Defendant effective January 6, 2010, defense counsel had not yet been retained and did not participate in the Rule 26(f) conference and creation of the present discovery plan. Counsel for the Parties have since diligently engaged in discovery in a cooperative manner, but believe that due to the number of parties and the nature and complexity of issues in the case, additional time to complete discovery is necessary to prepare the case for trial and/or position the case for informal resolution. Consequently, good cause exists for continuing the discovery deadlines set forth in the Orders as follows:

(1) The deadline of August 2, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 1, 2010;

(2) The deadline of September 1, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to October 1, 2010; and

(3) The deadline of November 1, 2010 to complete all non-expert discovery, including depositions for preservation of testimony, shall be vacated and continued to December 1, 2010.

2

Stipulation And Joint Application To Extend Discovery Cut-Off;   Carden, et al. v. Chenega Security Protection Services, LLC
Order Thereon                                                     USDC ED Case No. 2:09-CV-01799-WBS-CMK

1  IT IS SO STIPULATED.

2  Date: June 23, 2010                    MICHAEL COGAN, ATTORNEY AT LAW

4                                          By: */s/ Michael Cogan (authorized 06/01/10)*
                                                Michael Cogan

6                                          Attorneys for Plaintiffs
                                           JAMES T. CARDEN, JR., ROBERT L.
                                           FOX, LEON W. HEDERICK, ROBERT
                                           B. KLEE, GEORGE M. LEMBO,
                                           LOREN E. LOVELAND, TERRY D.
                                           MYERS, CHARLES R. SAMUELSON,
                                           MICHAEL B. SCHAFFER, ARTHUR J.
                                           SCHUBERT, THURLOW E.
                                           WILLIAMS, MICHELLE W. WOODS,
                                           RAYMOND E. YOUNG, WILLIAM H.
                                           ZIEGLER

12 Date: June 23, 2010                    NAGELEY, MEREDITH AND MILLER

14                                         By: */s/ Andrea Miller (authorized 06/01/10)*
                                                Andrea Miller

16                                         Attorneys for Plaintiffs
                                           JAMES T. CARDEN, JR., ROBERT L.
                                           FOX, LEON W. HEDERICK, ROBERT
                                           B. KLEE, GEORGE M. LEMBO,
                                           LOREN E. LOVELAND, TERRY D.
                                           MYERS, CHARLES R. SAMUELSON,
                                           MICHAEL B. SCHAFFER, ARTHUR J.
                                           SCHUBERT, THURLOW E.
                                           WILLIAMS, MICHELLE W. WOODS,
                                           RAYMOND E. YOUNG, WILLIAM H.
                                           ZIEGLER

3

Stipulation And Joint Application To Extend Discovery Cut-Off;        Carden, et al. v. Chenega Security Protection Services, LLC
Order Thereon                                                          USDC ED Case No. 2:09-CV-01799-WBS-CMK

| | | |
|---|---|---|
| 1 | Date:  June 23, 2010 | JACKSON LEWIS LLP |

By: */s/ Jerry J. Deschler, Jr.*
Cary G. Palmer
Dale R. Kuykendall
Jerry J. Deschler, Jr.

Attorneys for Defendant
CHENEGA SECURITY PROTECTION SERVICES, LLC

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of August 2, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 1, 2010;

(2) The deadline of September 1, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to October 1, 2010; and

(3) The deadline of November 1, 2010 to complete all non-expert discovery, including depositions for preservation of testimony, shall be vacated and continued to December 1, 2010.

Dated July 1, 2010

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

4

Stipulation And Joint Application To Extend Discovery Cut-Off;   Carden, et al. v. Chenega Security Protection Services, LLC
Order Thereon                                                     USDC ED Case No. 2:09-CV-01799-WBS-CMK