MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, California 96001
(530)246-1112
(530)243-6079 Fax

ANDREA MILLER (SBN 88992)
Nageley, Meredith and Miller
8001 Folsom Blvd. #100
Sacramento, California 95826
(916) 386-8282
(916) 386-8952 Fax

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| JAMES T. CARDEN, JR.,<br>ROBERT L. FOX,<br>LEON W. HEDRICK,<br>ROBERT B. KLEE,<br>GEORGE M. LEMBO,<br>LOREN E. LOVELAND,<br>TERRY D. MYERS,<br>CHARLES R. SAMUELSON,<br>MICHAEL B. SCHAEFER,<br>ARTHUR J. SCHUBERT,<br>THURLOW E. WILLIAMS,<br>MICHELLE W. WOODS,<br>RAYMOND E. YOUNG,<br>WILLIAM H. ZIEGLER,<br>        Plaintiffs,<br><br>vs.<br><br>CHENEGA SECURITY &<br>PROTECTION SERVICES, LLC,<br>        Defendant | **CASE No. 2:09-cv-01799-WBS-CMK**<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF;**<br><br>**ORDER THEREON**<br><br>Complaint Filed: June 29, 2009<br>Trial Date:    April 5, 2011 |

   Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date of November 1, 2010 and related discovery deadlines in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated October 29, 2009 and the Parties' Stipulation and Joint Application to Extend Discovery Cutoff and Order Thereon dated February 25, 2010 and the Stipulation and Joint Application to Extend Discovery Cut-Off on Order Thereon filed June 24, 2010 (the "Orders"), and that the Court further continue such dates as set forth below. **The requested continuances will have no impact on the final pre-trial conference, and trial dates in paragraphs V. VI and VII of the Pretrial Scheduling Order**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS counsel for the Parties have diligently engaged discovery and engaged in recent attempts to mediate the issues in this action without success; and whereas the parties have heretofore engaged in discovery in a cooperative manner, but believe that due to the number of parties and the nature and complexity of issues in the case, additional time to complete discovery is necessary to prepare the case for trial and/or position the case for further attempts at informal resolution. Consequently, good cause exists for continuing the discovery deadlines set forth in the Orders as follows:

(1) The deadline of September 1, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 30, 2010;

(2) The deadline of October 1, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to October 22, 2010.

IT IS SO STIPULATED.

Date: August 20, 2010          MICHAEL COGAN, ATTORNEY AT LAW

By: /s/
Michael Cogan
Attorneys for Plaintiffs
James T. Carden, Jr., Robert L. Fox, Leon W. Hedrick, Robert E. Klee, George M. Lembo, Loren E. Loveland, Terry D. Myers, Charles R. Samuelson, Michael B. Schaeffer, Arthur J. Schubert, Thurlow E. Williams, Michelle S. Woods, Raymond L. Young, William H. Ziegler

///

/ / /

Date: August 20, 2010        NAGELEY, MEREDITH AND MILLER

                             By: /s/
                                 Andrea Miller
                                 Attorneys for Plaintiffs
                                 James T. Carden, Jr., Robert L. Fox, Leon W.
                                 Hedrick, Robert E. Klee, George M. Lembo,
                                 Loren E. Loveland, Terry D. Myers, Charles R.
                                 Samuelson, Michael B. Schaeffer, Arthur J.
                                 Schubert, Thurlow E. Williams, Michelle S.
                                 Woods, Raymond L. Young, William H. Ziegler


Date: August 6, 2010         JACKSON LEWIS LLP

                             By: /s/
                                 Cary G. Palmer
                                 Dale R. Kuykendall
                                 Jerry J. Deschler, Jr.
                                 Attorneys for Defendant
                                 Chenega Security Protection Services, LLC


## **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of September 1, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to September 30, 2010;

(2) The deadline of October 1, 2010 to disclose experts and produce reports for expert testimony intended solely for rebuttal

1  in accordance with Federal Rule of Civil Procedure 26(a)(2)
2  shall be vacated and continued to October 22, 2010.

3  DATED:   August 31, 2010August 31, 2010

*/s/ Craig M. Kellison*

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE