MICHAEL COGAN (SBN 65479)
Attorney at Law
1388 Court Street, Suite E
Redding, California 96001
(530)246-1112
(530)243-6079 Fax

ANDREA MILLER (SBN 88992)
Nageley, Meredith and Miller
8001 Folsom Blvd. #100
Sacramento, California 95826
(916) 386-8282
(916) 386-8952 Fax

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**---o0o—**

Stipulation and Joint Application to Extend Discovery, Motion and Pre-Trial Conference Dates; Order Thereon

| | |
|---|---|
| JAMES T. CARDEN, JR.,<br>ROBERT L. FOX,<br>LEON W. HEDRICK,<br>ROBERT B. KLEE,<br>GEORGE M. LEMBO,<br>LOREN E. LOVELAND,<br>TERRY D. MYERS,<br>CHARLES R. SAMUELSON,<br>MICHAEL B. SCHAEFER,<br>ARTHUR J. SCHUBERT,<br>THURLOW E. WILLIAMS,<br>MICHELLE W. WOODS,<br>RAYMOND E. YOUNG,<br>WILLIAM H. ZIEGLER,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHENEGA SECURITY & PROTECTION SERVICES, LLC,<br><br>                    Defendant | **CASE No. 2:09-cv-01799-WBS-CMK**<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY, MOTION AND PRE-TRIAL CONFERENCE DATES; ORDER THEREON**<br><br>Complaint Filed:   June 29, 2009<br>Trial Date:            April 5, 2011 |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date of December 1, 2010 and related discovery deadlines in paragraph IV of this Court's Status (Pretrial Scheduling Order) dated October 29, 2009 and the motion and hearing dates set forth in Paragraphs V and VI, and in the Parties' Stipulation and Joint Application to Extend Discovery Cutoff and Order Thereon dated February 25, 2010; the Stipulation and Joint Application to Extend Discovery Cut-Off and Order Thereon filed June 24, 2010; and the Stipulation and Joint Application to Extend Discovery Cut-Off and Order Thereon filed August 20, 2010 (the "Orders"), and that the Court further continue such dates as set forth below, including the date for filing of motions and the date for the final pre-trial conference. **The requested continuances will have no impact on the trial date of April 5, 2011 in paragraph VII of the Pretrial Scheduling Order**.

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

Counsel for the Parties have diligently engaged in discovery and settlement discussions.  They have engaged in two all-day attempts to mediate or settle the issues in this action involving 14 plainitffs without success.  One of these was before Retired Judge Raul Ramirez in July 2010 in Sacramento, California.  All 14 plaintiffs attended from their homes in the Redding, California area.  Executives of plaintiff from Virginia and Alaska, as well as a representative of plaintiff's insurer from Los Angeles, personally appeared in Sacramento at this mediation.  On September 10, 2010, the remaining 10 plaintiffs (four having settled), plaintiff's Sacramento counsel, and two of plaintiff's Sacramento counsel met with Magistrate Judge Craig Kellison in Redding for nearly the whole work day in a stipulated settlement conference.  Each of the parties provided lengthy briefs to both the mediator and Magistrate Judge Kellison.

The parties have heretofore engaged in discovery in a cooperative manner, with various disputes arising which have largely been resolved by agreement, but have significantly delayed discovery.   One discovery dispute could not be resolved by agreement and was presented by motion  to Magistrate Kellison for resolution. The parties have recently agreed to settle the claims of four of the ten plainitffs (Woods, Myers, Fox and Loveland).   All remaining plaintiffs have been deposed. Several key plaintiff employee witnesses based in Virginia have yet to be deposed. One key witness formerly employed by plaintiff now resides in the Gig Harbor area of Washington State.  Many documents have been withheld, and interrogatories not answered, because of concerns on the part of plaintiff as to the need to protect the privacy rights of third parties, and the need to protect the privileges applicable to plaintiff and possibly national security issues.  The parties believe that because of the number of parties remaining (10), comparison of those parties to the 33 successful job applicants, the nature and complexity of issues in the case, the reasonable delays that have occurred in scheduling and completing

discovery, and the good faith continuing efforts to settle all 14 claims, additional time is now necessary to prepare the case for trial and/or position the case for further attempts at informal resolution or for summary judgment, good cause exists for continuing the discovery deadlines, motions, and pre-trial conference dates set forth in the Orders, as follows:

## DISCOVERY

(1) The deadline of September 30, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and extended to November 15, 2010;

(2) The deadline of October 22, 2010 to disclose rebuttal experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to December 10, 2010.

(3) The date for completion of all discovery shall be extended from December 1, 2010 to January 14, 2011. All motions to compel discovery shall be noticed and heard at such times so that the motions may be heard (and any resulting orders obeyed) not later than January 14, 2011.

## MOTION HEARING SCHEDULE

(4) The deadline for filing motions, except motions for continuance, temporary retraining orders, or other emergency applications, shall be extended from December 1, 2010 to January 14, 2011.

## FINAL PRE-TRIAL CONFERENCE

(5) The Final Pre-Trial Conference hearing date of February 7, 2011 shall be continued to March 7, 2011 at 2:00 p.m. in Department 5.

///

///

Stipulation and Joint Application to Extend Discovery, Motion and Pre-Trial Conference Dates; Order Thereon

**IT IS SO STIPULATED.**

Date: September 20, 2010          MICHAEL COGAN, ATTORNEY AT LAW


By: /s/_____
Michael Cogan
Attorneys for Plaintiffs
James T. Carden, Jr., Robert L. Fox, Leon W. Hedrick, Robert E. Klee, George M. Lembo, Loren E. Loveland, Terry D. Myers, Charles R. Samuelson, Michael B. Schaeffer, Arthur J. Schubert, Thurlow E. Williams, Michelle S. Woods, Raymond L. Young, William H. Ziegler


Date: September 17, 2010          NAGELEY, MEREDITH AND MILLER


By: /s/_____
Andrea Miller
Attorneys for Plaintiffs
James T. Carden, Jr., Robert L. Fox, Leon W. Hedrick, Robert E. Klee, George M. Lembo, Loren E. Loveland, Terry D. Myers, Charles R. Samuelson, Michael B. Schaeffer, Arthur J. Schubert, Thurlow E. Williams, Michelle S. Woods, Raymond L. Young, William H. Ziegler


Date: September 17, 2010          JACKSON LEWIS LLP


By: /s/Jerry S. Deschler, Jr._____
Cary G. Palmer
Dale R. Kuykendall
Jerry J. Deschler, Jr.
Attorneys for Defendant
Chenega Security Protection Services, LLC

Stipulation and Joint Application to Extend Discovery, Motion and Pre-Trial Conference Dates; Order Thereon

# ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Pre-Trial Conference Order of October 30, 2009, as previously modified in February, June and August of 2010, shall be further modified as follows:

(1) The deadline of September 30, 2010 to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and extended to November 15, 2010;

(2) The deadline of October 22, 2010 to disclose rebuttal experts and produce reports for expert testimony intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be vacated and continued to December 10, 2010.

(3) The date for completion of all discovery shall be extended from December 1, 2010 to January 14, 2011. All motions to compel discovery shall be noticed and heard at such times so that the motions may be heard (and any resulting orders obeyed) not later than January 14, 2011.

(4) The deadline for filing dispositive motions shall be extended from December 1, 2010 to January 14, 2011.

(5) The final pre-trial conference date of February 7, 2011 shall be continued to March 7, 2011 at 2:00 p.m. in Department 5.

Dated:   September 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Joint Application to Extend Discovery, Motion and Pre-Trial Conference Dates; Order Thereon