MICHAEL COGAN ATTORNEY AT LAW
MICHAEL COGAN (SBN: 65479)
1388 Court Street, Suite E
Redding, California 96001
Telephone: (530) 246-1112
Facsimile: (530) 243-6079
E-mail: michaelcogan@sbcglobal.net

NAGELEY, MEREDITH AND MILLER
ANDREA MILLER (SBN: 88992)
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
E-mail:  AMiller@NMLawFirm.com

  Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR (SBN 215691)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHENEGA SECURITY PROTECTION SERVICES, LLC,<br><br>        Defendant. | Case No. 2:09-CV-01799-WBS-CMK<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND EXPERT WITNESS DISCOVERY AND MOTION DEADLINES; ORDER THEREON**<br><br><br><br><br><br>Complaint Filed:   June 29, 2009<br>Trial Date:           April 5, 2011 |

1

...

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date and deadline for filing motions of January 14, 2010, and to continue such deadlines for approximately fourteen days. **The requested continuances will have no impact on the existing final pre-trial conference and trial dates**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

WHEREAS Counsel for the Parties have diligently engaged in discovery and settlement discussions. To that end, Plaintiffs Robert Fox, Loren Loveland, Terry Myers, and Michelle Woods settled as of October 26, 2010. The parties also have completed all non-expert discovery. The parties have recently been engaged in settlement discussions regarding the remaining ten Plaintiffs. On December 30, 2010, the parties reached an agreement in principle to settle with all remaining Plaintiffs. Consequently, the parties agreed to defer expert witness discovery and summary judgment.

Subsequently, Plaintiffs requested Defendant revise the portion of the settlement agreement clarifying that, for tax purposes, each Plaintiff would receive an IRS form 1099 pertaining only to his share of the settlement proceeds. Defendant agreed to modify the agreement. Defendant was informed for the first time on January 10, 2011 that Plaintiff George Lembo decided not to settle. All remaining Plaintiffs, except Plaintiff George Lembo, executed the revised settlement agreement on January 6, 7, and 10, 2011. Based on these new dates, the required seven-day revocation period for Plaintiffs to revoke the settlement agreement will expire on January 13, 14, and 17, 2011.

Because Plaintiff George Lembo decided not to settle and the new revocation period under the new settlement agreements will not make settlement with the other remaining nine Plaintiffs final until January 13, 14, and 17, 2011, the parties request a brief extension of time to complete expert witness discovery and for Defendant to file a motion for summary judgment against Lembo and any other Plaintiff who subsequently may revoke his settlement agreement after the

1  existing motion filing deadline.  Consequently, good cause exists for continuing the following
2  deadlines:
3      (1)    The deadline of January 14, 2011 to complete all non-expert discovery, including
4  depositions for preservation of testimony, shall be vacated and continued to
5  February 15, 2011; and
6      (2)    The deadline of January 14, 2001 to file dispositive motions shall be extended
7  from January 14, 2011 to January 28, 2011.
8  This stipulation is entered into with the acknowledgement that Plaintiffs' counsel Michael
9  Cogan intends to file a motion asking the court to continue the existing trial date of April 5, 2011
10 (and all trial-related deadlines), due to the serious health condition of Plaintiffs' trial counsel,
11 Andrea Miller, and her unavailability for trial.  Defendants do not intend to oppose the motion to
12 continue.
13 IT IS SO STIPULATED.

14 Dated:  January 12, 2011           MICHAEL COGAN, ATTORNEY AT LAW

By: /s/ Michael Cogan (authorized 01/12/11)
    Michael Cogan

Attorneys for Plaintiffs
JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Dated:  January 12, 2011  JACKSON LEWIS LLP

By: /s/ *Dale R. Kuykendall*
    Cary G. Palmer
    Dale R. Kuykendall
    Jerry J. Deschler, Jr.

    Attorneys for Defendant
    CHENEGA SECURITY PROTECTION
    SERVICES, LLC

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of January 14, 2011 to complete all non-expert discovery, including depositions for preservation of testimony, shall be vacated and continued to February 15, 2011; and

(2) The deadline of January 14, 2001 to file dispositive motions shall be extended from January 14, 2011 to January 28, 2011.  All motions shall be noticed for the next available hearing date.

Dated:  January 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

Stipulation And Joint Application To Extend Expert Witness   Carden, et al. v. Chenega Security Protection Services, LLC
Discovery and Motion Deadlines; Order Thereon                USDC ED Case No. 2:09-CV-01799-WBS-CMK