1  MICHAEL COGAN (SBN 65479)
   Attorney at Law
2  1388 Court Street, Suite E
   Redding, California 96001
3  (530)246-1112
   (530)243-6079 Fax
4
   ANDREA MILLER (SBN 88992)
5  Nageley, Meredith and Miller
   8001 Folsom Blvd. #100
6  Sacramento, California 95826
   (916) 386-8282
7  (916) 386-8952 Fax

8  Attorneys for Plaintiffs

9  JACKSON LEWIS LLP
   CARY G. PALMER (SBN 186601)
10 DALE R. KUYKENDALL (SBN 148833)
   JERRY J. DESCHLER, JR. (SBN 215691)
11 801 K Street, Suite 2300
   Sacramento, California 95814
12 Telephone: (916) 341-0404
   Facsimile: (916) 341-0141
13 E-mail: palmerc@jacksonlewis.com
   E-mail: kuykendd@jacksonlewis.com
14 E-mail: deschlerj@jacksonlewis.com

15 Attorneys for Defendant

16

17           **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF CALIFORNIA**
18
                      **---o0o—**
19

20

21

22

23

24

25

26

27

28

                          1

---

JAMES T. CARDEN, JR.,
ROBERT L. FOX,
LEON W. HEDRICK,
ROBERT B. KLEE,
GEORGE M. LEMBO,
LOREN E. LOVELAND,
TERRY D. MYERS,
CHARLES R. SAMUELSON,
MICHAEL B. SCHAEFER,
ARTHUR J. SCHUBERT,
THURLOW E. WILLIAMS,
MICHELLE W. WOODS,
RAYMOND E. YOUNG,
WILLIAM H. ZIEGLER,

                                                    Plaintiffs,

vs.

CHENEGA SECURITY &
PROTECTION SERVICES, LLC,

                                                    Defendant

**CASE No. 2:09-cv-01799-WBS-CMK**

**STIPULATION
TO CONTINUE TRIAL, PRE-TRIAL CONFERENCE, and
DISPOSITIVE MOTION CUT-OFF
DATES ; ORDER THEREON**

Complaint Filed:     June 29, 2009
Trial Date:              April 5, 2011

          Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause

shown, the parties to this action, through their respective counsel of record, hereby

stipulate and jointly request that the Court vacate the present TRIAL DATE set

forth in this Court's Status (Pretrial Scheduling) Order) dated October 29, 2009

and the motion and hearing dates set forth in Paragraphs V and VI, and in the

Stipulation and Joint Application to Extend Discovery Cut-Off and Order Thereon

filed August 20, 2010 (the "Orders"), and that the Court further continue such

dates as set forth below, including the date for filing of motions and the date for the

final pre-trial conference. **The requested continuances will change the Trial

Date, and the Pre-Trial Conference Date, and cut-off date for filing dispositive

motions.**

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

2

As set forth in the Declaration of Andrea Miller, co-counsel for Plaintiffs has a medical condition which prevents her from effectively preparing for trial and from representing Plainitffs at trial and at the schedule pre-trial conference.

Plaintiffs have request continuance of the trial date, the pretrial conference date, and the cutoff date for dispositive motions.  Defendant does not oppose the request for a continuance, and the parties stipulate to new trial and related dates, as follows:

## DISCOVERY

(1) The date for completion of all discovery shall be extended from January 14, 2011 to March 16, 2011. All motions to compel discovery shall be noticed and heard at such times so that the motions may be heard (and any resulting orders obeyed) not later than May 16, 2011.

## MOTION HEARING SCHEDULE

(2) The deadline for filing motions, except motions for continuance, temporary retraining orders, or other emergency applications, shall be extended from January 14, 2011 to May 31, 2011.

## FINAL PRE-TRIAL CONFERENCE

(3) The Final Pre-Trial Conference hearing date of March 7, 2011 shall be continued to August 22,  2011 at 2:00 p.m. in Department 5.

## TRIAL

(4) The date for Trial shall be continued from April 5, 2011, to October 18, 2011.

3

1    **IT IS SO STIPULATED.**

2    Date: January 24, 2011      MICHAEL COGAN, ATTORNEY AT LAW

3

4                                By: *s/Michael Cogan*

5                                      Michael Cogan
                                       Attorneys for Plaintiffs
6                                      James T. Carden, Jr., Robert L. Fox, Leon W.
                                       Hedrick, Robert E. Klee, George M. Lembo,
7                                      Loren E. Loveland, Terry D. Myers, Charles R.
                                       Samuelson, Michael B. Schaeffer, Arthur J.
8                                      Schubert, Thurlow E. Williams, Michelle S.
                                       Woods, Raymond L. Young, William H. Ziegler
9

10

11   Date: January 24. 2011      NAGELEY, MEREDITH AND MILLER

12                               By: *s/Michael Cogan, as authorized by Attorney
                                      Janet M. Meredith to sign on behalf of*
13                                    *Nageley, Meredith and Miller*
                                 Andrea Miller
14
                                       Janet M. Meredith
15                                     Attorneys for Plaintiffs
                                       James T. Carden, Jr., Robert L. Fox, Leon W.
16                                     Hedrick, Robert E. Klee, George M. Lembo,
                                       Loren E. Loveland, Terry D. Myers, Charles R.
17                                     Samuelson, Michael B. Schaeffer, Arthur J.
                                       Schubert, Thurlow E. Williams, Michelle S.
18                                     Woods, Raymond L. Young, William H. Ziegler

19

20   Date: January 24, 2011      JACKSON LEWIS LLP

21

22                               By: *s/Michael Cogan, as authorized by Jerry J.
                                      Deschler to sign on behalf of Jackson Lewis, LLP*
23                                     Cary G. Palmer
24                                     Dale R. Kuykendall
                                       Jerry J. Deschler, Jr.
25                                     Attorneys for Defendant
                                       Chenega Security Protection Services, LLC
26

27

28

                                        4

## ORDER

Having reviewed the parties' stipulation, and the accompanying Declaration of Andrea Miller, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Pre-Trial Conference Order of October 30, 2009, as previously modified in February, June, August and September of 2010, shall be further modified as follows:

(1)   The date for completion of all discovery shall be extended from January 14, 2011 to March 16, 2011. All motions to compel discovery shall be noticed and heard at such times so that the motions may be heard (and any resulting orders obeyed) not later than March 31, 2011.

(2)   The deadline for filing dispositive motions shall be extended from January 14, 2011 to April 18, 2011.

(3)   The final pre-trial conference date of March 7, 2011 shall be continued to August 22, 2011 at 2:00 p.m. in Department 5.

(4)   The trial date of April 5, 2011 shall be continued to October 18, 2011 at 9:00 a.m. in Department 5.

Dated:   January 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE