MICHAEL COGAN ATTORNEY AT LAW
MICHAEL COGAN (SBN: 65479)
1388 Court Street, Suite E
Redding, California 96001
Telephone: (530) 246-1112
Facsimile: (530) 243-6079
E-mail: michaelcogan@sbcglobal.net

NAGELEY, MEREDITH AND MILLER
ANDREA MILLER (SBN: 88992)
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
E-mail: AMiller@NMLawFirm.com

Attorneys for Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER JR. (SBN 215691)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlej@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHENEGA SECURITY PROTECTION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 2:09-CV-01799-WBS-CMK<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br><br><br><br>**COMPLAINT FILED: JUNE 3, 2009**<br>**TRIAL DATE:　　APRIL 5, 2011** |

1

Stipulated Request for Dismissal With Prejudice and Order Thereon

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to a Settlement Agreement and General Release between Defendant CHENEGA SECURITY PROTECTION SERVICES, LLC and Plaintiffs JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, and WILLIAM H. ZIEGLER, the parties hereby stipulate and request that the aforementioned Plaintiffs and their claims be dismissed with prejudice in the above-entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Plaintiff GEORGE M. LEMBO has not settled his claim(s) and will remain as the sole Plaintiff in this action.

Dated: January 20, 2011          MICHAEL COGAN, ATTORNEY AT LAW

By: */s/ Michael Cogan (authorized 01/20 /11)*
Michael Cogan

Attorneys for Plaintiffs
JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: January 20, 2011                         JACKSON LEWIS LLP


By: */s/ Dale R. Kuykendall (authorized 01/20/11)*
Cary G. Palmer
Dale R. Kuykendall
Jerry J. Deschler, Jr.

Attorneys for Defendant
CHENEGA SECURITY PROTECTION SERVICES, LLC


### ORDER

IT IS HEREBY ORDERED that any and all claims of JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, and WILLIAM H. ZIEGLER in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 2:09-CV-01799-WBS-CMK, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**


Dated: February 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Stipulated Request for Dismissal With Prejudice and Order Thereon