UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDRICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE E. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHENEGA SECURITY & PROTECTION SERVICES, LLC,<br><br>        Defendant.<br>_____/ | NO. CIV. 2:09-1799 WBS CMK<br><br><u>ORDER</u> |

----oo0oo----

        The court is in receipt of two motions noticed for hearing on February 28, 2011: (1) defendant's Motion for Summary Judgment and (2) plaintiff's counsel Michael Cogan's Motion of Attorney to Withdraw as Counsel for plaintiff George M. Lembo, the sole remaining plaintiff in this action.  Mr. Cogan is

1

reminded that unless and until he is relieved as counsel of record, he has an obligation to file an opposition, or statement of non-opposition, to the Motion for Summary Judgment in accordance with the Local Rules.  See Local R. 260(b).

IT IS SO ORDERED.

DATED:   February 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE