UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDRICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHENEGA SECURITY & PROTECTION SERVICES, LLC,<br><br>        Defendant.<br>_____/ | NO. CIV. 2:09-1799 WBS CMK<br><br><u>ORDER RE: EX PARTE APPLICATION TO EXTEND DATES</u> |

----oo0oo----

The court, having considered plaintiff's application and defendant's objections, hereby orders as follows:

1.  The hearing on defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment is continued to April 11, 2011, at 2:00 p.m. in Courtroom No. 5 of

1

the above-entitled court located at 501 I Street, Sacramento, California.

    2. The hearing on plaintiff's Motion to Withdraw as Counsel for plaintiff George Lembo is continued to April 11, 2011, at 2:00 p.m. in Courtroom No. 5 of the above-entitled court located at 501 I Street, Sacramento, California.

    3. The deadline for taking expert witness depositions is extended to May 11, 2011.

IT IS SO ORDERED.

DATED: February 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE