UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDRICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAEFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>       Plaintiffs,<br><br>  v.<br><br>CHENEGA SECURITY & PROTECTION SERVICES, LLC,<br><br>       Defendant.<br>_____/ | NO. CIV. 2:09-1799 WBS CMK<br><br><u>ORDER RE: SUPPLEMENTAL BRIEFING</u> |

----oo0oo----

On April 7, 2011, Magistrate Judge Kellison issued an order denying plaintiff Lembo's motion to waive his deemed admissions. (Docket No. 95.) Because any facts involving the deemed admissions have not yet been fully briefed on defendant's

1

motion for summary judgment,[1] the court will permit briefing from both parties addressing what effect the deemed admissions have on the motion for summary judgment.  The parties should not take this opportunity to make new arguments or submit new evidence to the court, but should limit their briefs to the effect, if any, of the deemed admissions.

Plaintiff Lembo shall file a supplemental brief on or before April 19, 2011.  Defendant shall file a supplemental brief on or before April 26, 2011.

The hearing on defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, is continued to May 9, 2011, at 2:00 p.m. in Courtroom No. 5.  The hearing on plaintiff's Motion to Withdraw as Counsel for plaintiff George Lembo is continued to May 9, 2011, at 2:00 p.m. in Courtroom No. 5.  The deadline for taking expert witness depositions is extended to June 8, 2011.

Plaintiff's Ex Parte Application to Extend Dates (Docket No. 96) is DENIED.

IT IS SO ORDERED.

DATED:  April 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The deemed admissions were first submitted as an exhibit to defendant's reply brief.