George M. Lembo
2515 Celestial Street
Redding, CA  96002
Telephone:     (530) 226-9427
               (530) 917-5149
Email: Norcalsupply@att.net

Plaintiff in Pro Se

JACKSON LEWIS LLP
CARY G. PALMER (SBN 186601)
DALE R. KUYKENDALL (SBN 148833)
JERRY J. DESCHLER, JR (SBN 215691)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
E-mail: palmerc@jacksonlewis.com
E-mail: kuykendd@jacksonlewis.com
E-mail: deschlerj@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. CARDEN, JR., ROBERT L. FOX, LEON W. HEDERICK, ROBERT B. KLEE, GEORGE M. LEMBO, LOREN E. LOVELAND, TERRY D. MYERS, CHARLES R. SAMUELSON, MICHAEL B. SCHAFFER, ARTHUR J. SCHUBERT, THURLOW E. WILLIAMS, MICHELLE W. WOODS, RAYMOND E. YOUNG, WILLIAM H. ZIEGLER,<br><br>         Plaintiffs,<br><br>     v.<br><br>CHENEGA SECURITY PROTECTION SERVICES, LLC,<br><br>         Defendant. | Case No. 2:09-CV-01799-WBS-CMK<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br><br><br>Complaint Filed:   June 29, 2009<br>Trial Date:        October 18, 2011 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to a Settlement Agreement and General Release between CHENEGA SECURITY PROTECTION SERVICES, LLC and Plaintiff GEORGE LEMBO, the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-

entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

Dated: July 29, 2011      By: /s/ George Lembo (authorized July 29, 2011)
                               George Lembo

                               Plaintiff in Pro Se

Dated: July 29, 2011      JACKSON LEWIS LLP


                          By: /s/ Dale R. Kuykendall
                               Cary G. Palmer
                               Dale R. Kuykendall
                               Jerry J. Deschler, Jr.

                               Attorneys for Defendant
                               CHENEGA SECURITY PROTECTION
                               SERVICES, LLC

### ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 2:09-CV-01799-WBS-CMK, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _August 2, 2011_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Jackson Lewis LLP, 801 K Street, Suite 2300, Sacramento, California 95814.

On August 2, 2011, I served the within:

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON**

on the parties in said cause:

[ ]  by personally delivering a true and correct copy thereof to the person at the address set forth below, in accordance with Code of Civil Procedure section 1011(a).

[✓]  by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[ ]  by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents, addressed as set forth below.

[ ]  by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which transmission was confirmed as complete. A copy of the transmission record is attached hereto.

[ ]  by forwarding a true and correct copy by e-mail from e-mail address _____ to the person(s) at the e-mail address(es) set forth below.

George M. Lembo
2515 Celestial Street
Redding, CA  96002
Telephone:     (530) 226-9427 / (530) 917-5149
Email: Norcalsupply@att.net
Plaintiff in Pro Se

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 2, 2011 at Sacramento, California.

*/s/ Tami J. Martinelli*
Tami J. Martinelli

Proof of Service